# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:19-10069-STA |
| JAMES MOORE, ) | |
| Defendant. ) | |

## ORDER ON GUILTY PLEA AND NOTICE OF SETTING

This cause came to be heard on June 24, 2019, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, James Moore, appearing in person, and with counsel, Stephen Leffler.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, SEPTEMBER 27, 2019 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 24th day of June, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT